UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

RENNA HAMMIEL, )
    Plaintiff, )
)    **JUDGMENT IN A CIVIL CASE**
v. )    **CASE NO. 4:12-CV-138-BO**
)
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security, )
    Defendant. )

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. See <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993); <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991). The Clerk of Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

<u>**This Judgment Filed and Entered on April 5, 2013, and Copies To:**</u>

Lawrence Wittenberg (via CM/ECF Notice of Electronic Filing)
Kathleen C. Buckner (via CM/ECF Notice of Electronic Filing)

DATE                                                JULIE A. RICHARDS, CLERK
April 5, 2013                                    /s/ Susan K. Edwards
                                                        (By) Susan K. Edwards, Deputy Clerk